# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　Plaintiff,<br>v.<br>THEODORE BRIAN CHILDERS,<br>　　　　　　　　　Defendants. | Civil Action No. 20cr3673 AJB<br><br>ORDER GRANTING UNOPPOSED MOTION TO DISMISS INFORMATION<br><br>(Doc. No. 38) |

　　　The Court grants the Government's unopposed Motion to Dismiss Information, without prejudice, in the furtherance of justice.

IT IS SO ORDERED.

Dated:  July 13, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Anthony J. Battaglia
　　　　　　　　　　　　　　　　　　　United States District Judge